UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

JOSEPH MERLINO,

                       Defendant.

No. 16-cr-522 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of the parties' correspondence indicating that they "have agreed on the terms of a pretrial disposition" and have entered into a plea agreement. The Court is also in receipt of the parties' signed plea agreement. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a change-of-plea proceeding on Friday, April 27, 2018 at 9:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       IT IS FURTHER ORDERED that the time between March 6, 2018 and April 27, 2018 is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to prepare for the change-of-plea hearing and to accommodate the schedules of counsel. SO ORDERED.

Dated:      March 28, 2018
            New York, New York

                                RICHARD J. SULLIVAN
                                UNITED STATES DISTRICT JUDGE