UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

JOSEPH MERLINO,

                Defendant.

No. 16-cr-522 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's request to modify the conditions of his bail to release a property owned by Defendant's wife which has been used as security for Defendant's appearance bond. (Doc. No. 1691.) The government consents to Defendant's request. (*Id.*) Accordingly, IT IS HEREBY ORDERED that Defendant's bail conditions (Doc. No. 278; *see also* Doc. No. 1691 Ex. A) are modified to require that Defendant's bond be secured by property owned by two, rather than three, cosigners, and that the property located at 3222 South Sydenham Street, Philadelphia, Pennsylvania is released and may be sold by Defendant's wife.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket number 1691.

SO ORDERED

Dated:    July 27, 2018
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE