UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSEPH MERLINO,<br><br>                    Defendant. | No. 1:16-cr-00522-RJS-2<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of a letter from the government, dated November 20, 2021 (Doc. No. 1833), in which it acknowledges that the State Department has (a) not returned Defendant's passport and (b) not responded to multiple calls and emails from the United States Attorney's Office concerning whether and when such a return will be effectuated. Accordingly, IT IS HEREBY ORDERED THAT, on Wednesday, November 24, 2021 at 9:00 a.m., the government and a representative of the State Department shall appear before the Court in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at which time the State Department representative shall be prepared to explain the Department's failure to return Defendant's passport and show cause why the representative and/or the Department should not be held in contempt of court.

SO ORDERED.

Dated:        November 20, 2021
              New York, New York

                                                          _____
                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation